Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Kimberly Robbins

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ROBBINS,<br>　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>　　　Defendant. | Case No.: 2:20-cv-03489-DOC-MAA<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND DOLLARS** ($ 4,000.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  04/27/2021

                                                                              _____
                                                                              HON. MARIA A. AUDERO
                                                                              United States Magistrate Judge